UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 42545
    RODNEY J BAKER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5170

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/30/2005 and was confirmed 11/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 02/22/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | SECURED NOT I | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | SECURED NOT I | .00 | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| BAKER MILLER MARKOFF & K | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3431.65 | .00 | 3431.65 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED NOT I | 2142.52 | .00 | .00 |
| LITTON LOAN SERVICING | SECURED NOT I | 982.08 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 131.32 | .00 | 131.32 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2652.92 | .00 | 2652.92 |
| NICOLE LAWSON | DEBTOR ATTY | 1,444.00 | | 1,444.00 |
| TOM VAUGHN | TRUSTEE | | | 422.95 |
| DEBTOR REFUND | REFUND | | | 2,717.16 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 10,800.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 6,215.89 |
| ADMINISTRATIVE | | 1,444.00 |
| TRUSTEE COMPENSATION | | 422.95 |
| DEBTOR REFUND | | 2,717.16 |
| TOTALS | 10,800.00 | 10,800.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 42545 RODNEY J BAKER

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/13/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE